```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JON R. MORGAN, on behalf of himself and all  :
others similarly situated,                   :
                                             :
                               Plaintiff,    :     1:19-cv-11497-GHW
                -against-         :
                                             :     MEDIATION REFERRAL
RESIDENT HOME, LLC,                          :     ORDER
                                             :
                           Defendant.      X
------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: December 18, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge