

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

March 12, 2020

SHANNON E. TURNER

EMAIL: STURNER@FENWICK.COM
Direct Dial: +1 650-335-7844

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

Re:   *Morgan v. Resident Home*, LLC No. 1:19-cv-11497 –Notice of Settlement

Dear Judge Woods:

Fenwick & West LLP is counsel for defendant Resident Home, LLC ("Resident Home") in the above-captioned class action civil matter, which concerns a website's compliance with the Americans with Disabilities Act.  With consent of Plaintiff's counsel, we write to notify the Court that the parties have reached a settlement in principle, which is to be finalized in an executed settlement agreement in the next 45 days.  Accordingly, the parties respectfully ask that the Court vacate Resident Home's deadline to respond to the complaint on March 16, 2020, and the mediation scheduled for March 30, 2020.

Sincerely,

FENWICK & West LLP

*/s/ Shannon E. Turner*
Shannon Turner (ST3434)
State Bar No. 5266416