

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

April 8, 2020

<u>**VIA ECF**</u>

Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Morgan v. Resident Home, LLC., Case No. 1:19-cv-11497-GHW</u>

Dear Judge Woods:

    The undersigned represents Plaintiff Jon R. Morgan ("Plaintiff") in connection with the above-referenced matter. Plaintiff writes to request a restoration of Your Honor's March 13, 2020 Order (the "Order") (Dkt No. 20).  The Order provided that Plaintiff may apply by letter for restoration of the action within thirty (30) days in the event the settlement is not fully consummated.

    The Parties have finalized their Settlement Agreement. However, due to the current national pandemic the settlement is not fully consummated. In accordance with Your Honor's Individual Rules of Practice 1(A), the undersigned has attempted to contact Defense counsel, Tyler Newby, who has identified himself as the primary contact on this matter to request consent. After leaving a voicemail via telephone today and as of this filing the undersigned was unable contact Defense counsel prior to start of the Passover holiday. Hence, Plaintiff is requesting an extension of an additional forty-five (45) days to receive settlement payment from Defendant and to have it cleared by its financial institution. Accordingly., Plaintiff submits this letter to respectfully request a forty-five (45) day extension of the deadline set by the Order, until May 28, 2020.

    Plaintiff thanks the Court for its time and consideration of the above request.

Respectfully submitted,

*/s/Jonathan Shalom*
Jonathan Shalom
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
(718) 971-9474
Jshalom@JonathanShalomlaw.com
**ATTORNEYS FOR PLAINTIFF**