UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON R. MORGAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>RESIDENT HOME, LLC<br><br>                Defendant. | Case No. 1:19-CV-11497<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff JON R. MORGAN and defendant RESIDENT HOME, LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: May 27, 2020

| SHALOM LAW, PLLC | FENWICK & WEST, LLP |
|---|---|
| By: _____<br>Jonathan Shalom, Esq.<br>105-13 Metropolitan Avenue,<br>Forest Hills, NY 11375<br>Telephone: (718) 971-9474<br>Email: jshalom@jonathanshalomlaw.com<br>*Attorneys for Plaintiff* | By: _Shannon Turner_____<br>Shannon E. Turner, Esq. (ST3434)<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (650) 335-7844<br>Facsimile: (415) 281-1350<br>Email: sturner@fenwick.com<br>*Attorneys for Defendant* |

**SO ORDERED:** _____